# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
### BOWLING GREEN DIVISION

*ELECTRONICALLY FILED*

JAMES T. LEWIS,

                                 Plaintiff,

v.                                             **Case 1:16-CV-00197-GNS**

UNIFUND CCR PARTNERS
*assumed name for* CREDIT CARD                **NOTICE OF SETTLEMENT**
RECEIVABLES FUND, INC. *and*
ZB LIMITED PARTNERSHIP

                               Defendant.
_____)

       Please take notice that Plaintiff James T. Lewis has resolved this dispute with Defendant

Unifund CCR Partners. Plaintiff and Defendant anticipate filing a Motion for Entry of an Agreed

Order of Dismissal with Prejudice within thirty to forty-five days.

       Respectfully submitted this 13th day of February, 2017.

                                            **DINSMORE & SHOHL LLP**

                                          s/ R. Brooks Herrick
                                          Joseph N. Tucker, Esq.
                                          R. Brooks Herrick, Esq.
                                          K. Kirby Stephens, Esq.
                                          101 S. Fifth Street
                                          Suite 2500
                                          Louisville, KY 40202
                                          502-540-2300 - phone
                                          502-585-2207 - fax
                                          joseph.tucker@dinsmore.com
                                          brooks.herrick@dinsmore.com
                                          kirby.stephens@dinsmore.com
                                        *Counsel for Unifund CCR Partners*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing has been filed this 13th day of February 2017, using the Court's ECF system to the following.

James McKenzie     James H. Lawson
James R. McKenzie Attorney, PLLC  Lawson at Law, PLLC
115 S. Sherrin Avenue, Suite 4   115 S. Sherrin Avenue, Suite 4
Louisville, Kentucky 40207    Louisville, Kentucky 40207
jmckenzie@jmckenzielaw.com   james@kyconsumerlaw.com

/s/ R. Brooks Herrick
*Counsel for Defendant*

10943739v1

2