IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION

**JAMES T. LEWIS**

        **PLAINTIFF**

v.

**UNIFUND CCR PARTNERS**

        **DEFENDANT**

Civil Action No. 1:16CV-00197-GNS
JUDGE GREG N. STIVERS

### ORDER OF DISMISSAL

Pursuant to the Joint Stipulation of Dismissal With Prejudice (DN 11);

**IT IS ORDERED** that the Joint Stipulation is accepted by the Court and Plaintiff's claims against Defendant are **DISMISSED** with prejudice. The parties shall bear their own costs and fees.

**Greg N. Stivers, Judge**
**United States District Court**

March 8, 2017

cc:   Counsel of Record